IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RODOLFO ROSALES | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:11-cv-00487 |
| | § | |
| UNIVERSITY OF TEXAS AT SAN ANTONIO and DR. MANSOUR O. EL-KIKHIA | § § § | |
|     Defendants. | § | |

## NOTICE OF REMOVAL

COME NOW Defendants University of Texas at San Antonio ("UTSA") and Dr. Mansour O. El-Kikhia (collectively "Defendants") and respectfully show that:

1. **Removal Provision:** This removal is pursuant to 28 U.S.C. §1441(a). In his First Amended Original Petition, Plaintiff alleges that Defendants discriminated against him based on his age, race and/or national origin in violation of Title VII of the Civil Rights Act, the Age Discrimination and Employment Act, and 42 U.S.C. §1981.

2. **State Action:** Plaintiff's Original Petition was filed in the County Court at Law No. 2 in Bexar County, Texas on January 3, 2011, Cause No. 365269. Plaintiff is Rodolfo Rosales, an employee of the University of Texas at San Antonio. Plaintiff's First Amended Petition was filed in the County Court at Law No. 2 in Bexar County, Texas on May 19, 2011. Defendants are University of Texas at San Antonio ("UTSA") and Dr. Mansour O. El-

Kikhia. Venue is proper in the United States District Court for the Western District of Texas.

3. **Nature of the Lawsuit:** Plaintiff alleges that he was discriminated against on the basis of his age, race and/or national origin in violation of Title VII of the Civil Rights Act, the Age Discrimination and Employment Act, and 42 U.S.C. §1981. In addition, Plaintiff alleges that he was subject to retaliation as a result of his filing a charge of discrimination with the Equal Employment Opportunity Commission, prior to the lawsuit against the UTSA.

4. **Jury Demand:** Plaintiff has requested a trial by jury in his First Amended Original Petition.

5. **Removal Requirements of 28 U.S.C. §1441:** Plaintiff's allegations regarding violation of Title VII of the Civil Rights Act raise federal questions under 42 U.S.C. §1981. *See also* 42 U.S.C. §2000e-5(f)(3) ("Each United States district court and each United States court of a place subject to the jurisdiction of the United States shall have jurisdiction of actions brought under this subchapter.").

7. **Compliance with Deadline:** Defendant UTSA received notice of Plaintiff's First Amended Petition raising federal violations, on or about May 19, 2011. UTSA has 30 days in which to remove. Therefore, this removal is timely.

8. **State Court Pleadings:** A true and correct copy of all process and pleadings served upon Defendants in the state court action is being filed with this notice as required by 28 U.S.C. §1446(a).

ACCORDINGLY, Defendants pray that this cause be removed to the United States District Court Western District of Texas, San Antonio Division, pursuant to §1441 of Title 28 of the United States Code.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

ROBERT O'KEEFE
General Litigation, Division Chief

/s/ Erika M. Laremont
ERIKA M. LAREMONT
Assistant Attorney General
Texas Bar No. 24013003
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS,
UNIVERSITY OF TEXAS AT SAN ANTONIO
AND DR. MANSOUR O. EL-KIKHIA

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Notice of Removal was delivered *via U.S. certified mail, return receipt requested*, on June 17, 2011, to:

Adam Poncio
PONCIO LAW OFFICES         CMRRR No. 7010-1870-0000-9848-2720
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979
(210) 212-5880 FAX
**Attorney for Plaintiff**

                        /s/ Erika M. Laremont
                        ERIKA M. LAREMONT
                        Assistant Attorney General