IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO          DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   COUNTY COURT AT LAW NO. 2, BEXAR COUNTY, TEXAS
   CASE NO. 365269
   RODOLFO ROSALES V. UNIVERSITY OF TEXAS AT SAN ANTONIO AND MANSOUR O. EL-KIKHIA

2. Was jury demand made in State Court?          Yes ☒          No ☐

   If yes, by which party and on what date?

   | PLAINTIFF, RODOLFO ROSALES | JANUARY 3, 2011 |
   |---|---|
   | Party Name | Date |

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   ATTORNEY FOR PLAINTIFF, RODOLFO ROSALES
   ADAM PONCIO
   5410 FREDERICKSBURG RD., STE. 109
   SAN ANTONIO, TX 78229-3550
   210-212-7979
   FAX: 210-212-5880

   ATTORNEY FOR DEFENDANTS, UNIVERSITY OF TEXAS AT SAN ANTONIO AND MANSOUR O. EL-KIKHIA
   ERIKA M. LAREMONT
   GENERAL LITIGATION DIVISION - MAIL CODE 019
   OFFICE OF THE TEXAS ATTORNEY GENERAL
   P.O. BOX 12548, CAPITOL STATION
   AUSTIN, TX 78711-2548
   512-463-2120
   FAX: 512-320-0667

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   N/A

**VERIFICATION:**

_____          JUNE 17, 2011
Attorney for Removing Party                Date

DEFENDANTS, UNIV. OF TX AT SAN ANTONIO & MANSOUR O. EL-KIKHIA
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)