IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RODOLFO ROSALES § | |
|     Plaintiff, § | |
| § | |
| v. § | CASE NO. 5:11-cv-00487 |
| § | |
| UNIVERSITY OF TEXAS AT SAN § | |
| ANTONIO and DR. MANSOUR O. § | |
| EL-KIKHIA § | |
|     Defendants. § | |

## INDEX OF DOCUMENTS FILED IN STATE COURT

COME NOW Defendants University of Texas at San Antonio ("UTSA") and Dr. Mansour O. El-Kikhia (collectively "Defendants") and files this Index of Documents Filed in State Court:

1.   Plaintiff's Original Petition

2.   Defendants, Mansour O. El-Kikhia and University of Texas at San Antonio's Original Answer and Affirmative Defenses

3.   Defendants' Motion for Summary Judgment, with proposed Order

4.   Fiat

5.   Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, with proposed Order

6.   Plaintiff's First Amended Petition

7.   Defendants' Notice of Filing Removal

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

ROBERT O'KEEFE
General Litigation, Division Chief


/s/ Erika M. Laremont
ERIKA M. LAREMONT
Assistant Attorney General
Texas Bar No. 24013003
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS,
UNIVERSITY OF TEXAS AT SAN ANTONIO
AND DR. MANSOUR O. EL-KIKHIA

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the Notice of Removal was sent *via U.S. certified mail, return receipt requested*, on June 17, 2011, to:

Adam Poncio
PONCIO LAW OFFICES    CMRRR No. 7010-1870-0000-9848-2720
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979
(210) 212-5880 FAX
**Attorney for Plaintiff**

            /s/ Erika M. Laremont
            ERIKA M. LAREMONT
            Assistant Attorney General