CAUSE NO. 365269

| | | |
|---|---|---|
| RODOLFO ROSALES | § | IN THE COUNTY COURT |
| | § | |
| V. | § | AT LAW NO. 2 |
| | § | |
| UNIVERSITY OF TEXAS AT SAN | § | |
| ANTONIO AND MANSOUR O. | § | |
| EL-KIKHIA | § | |
| | § | BEXAR COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF FILING REMOVAL

NOW COME Defendants University of Texas at San Antonio ("UTSA") and Dr. Mansour O. El-Kikhia (collectively "Defendants"), by and through their attorney of record, the Office of the Texas Attorney General, and file this Notice of Filing Removal, and would respectfully show the Court as follows:

Pursuant to 28 U.S.C. §1446(d), Defendants hereby give this Court notice that on June 17, 2011, Defendants filed their Notice of Removal in the United States District Court for the Western District of Texas, San Antonio Division, thereby removing this case to the United States District Court. A copy of that Notice is attached hereto and incorporated herein for all purposes. This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

ROBERT O'KEEFE
General Litigation, Division Chief

_____
ERIKA M. LAREMONT
Assistant Attorney General
Texas Bar No. 24013003
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS,
UNIVERSITY OF TEXAS AT SAN ANTONIO
AND DR. MANSOUR O. EL-KIKHIA

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Defendants' Notice of Removal was delivered *via U.S. certified mail, return receipt requested*, on June 17, 2011, to:

Adam Poncio
PONCIO LAW OFFICES
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979
(210) 212-5880 FAX
**Attorney for Plaintiff**

CMRRR No. 7010-1870-0000-9848-2720

/s/ Erika M. Laremont
ERIKA M. LAREMONT
Assistant Attorney General