IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RODOLFO ROSALES § | |
| § | |
| VS. § | CIVIL ACTION NO.5:11-cv-00487-XR |
| § | |
| UNIVERSITY OF TEXAS AT SAN § | |
| ANTONIO and DR. MANSOUR O. § | |
| EL-KIKHIA § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO DISMISS PURUSANT TO F.R.C.P. 12(B)(6)**

On this day, the Court considered Defendants' Motion for Partial Summary Judgment and Motion to Dismiss Pursuant to F.R.C. P. 12(B)(6) and any timely response and reply. Having considered the submissions of the parties, the Court is of the opinion that the Defendants' motions should be in all respects **GRANTED.**

IT IS THEREFORE ORDERED that Defendants' Motion for Partial Summary Judgment and Motion to Dismiss Pursuant to F.R.C.P. 12(B)(6) is hereby **GRANTED.**

**SO ORDERED.**

Signed _____, 2011.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE