AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| RODOLFO ROSALES *Plaintiff* v. UNIVERSITY OF TEXAS AT SAN ANTONIO, et al *Defendant* | Civil Action No. SA-11-CV-487-XR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other**: Defendants' motion for partial summary judgment (dkt. no. 9) and Defendants' amended motion for summary judgment (dkt no. 14) are granted. Plaintiff shall take nothing on his claims. Costs of court are assessed against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Xavier Rodriguez  on a motion for partial summary judgment (dkt no. 9) and amended motion for summary judgment (dkt no. 14).

Date: 01/03/2012

CLERK OF COURT
WILLIAM G. PUTNICKI

/S/ Tiffany Mitchell
*Signature of Clerk or Deputy Clerk*